# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW L. CATE, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00146-SMS PC<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 3-5) |

Plaintiff Randolph E. Garaux, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2010. In conjunction with his complaint, Plaintiff filed a motion seeking a preliminary injunction prohibiting Defendant Castillo from taking adverse action against him for requesting use of the various resources in the prison's law library; and from harassing, threatening, punishing, or otherwise retaliating against Plaintiff for petitioning the government for redress, including litigating this action.

For each form of relief sought in federal court, Plaintiff must establish standing. Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010), *petition for cert. filed*, 79 U.S.L.W. 3007 (U.S. Jun. 22, 2010) (No. 09-1561). This requires Plaintiff to "show that he is under threat of suffering an 'injury in fact' that is concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable judicial decision will prevent or redress the injury. Summers v. Earth Island Institute, 129 S.Ct. 1142, 1149 (2009) (citation omitted); Mayfield, 599 F.3d at 969 (citation omitted).

1  In a separate order issued concurrently with this order, the Court dismissed Plaintiff's
2  complaint, with leave to amend, for failure to state a claim. Until such time as Plaintiff states a
3  cognizable claim for relief against Defendant Castillo for retaliation, the Court lacks jurisdiction to
4  award the relief sought because Plaintiff is without standing.[1]
5  Accordingly, Plaintiff's motion for preliminary injunctive relief, filed January 29, 2010, is
6  HEREBY ORDERED DENIED.

10  IT IS SO ORDERED.
11  **Dated:   August 27, 2010**          /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Because there is not yet an actual case or controversy before the Court, the Court expresses no opinion on the merits of Plaintiff's motion.