# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX, | CASE NO. 1:10-cv-00146-SMS PC |
| Plaintiff, | ORDER STRIKING MOTIONS FOR LACK OF SIGNATURE |
| v. | (Docs. 19 and 20) |
| MATTHEW L. CATE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Randolph E. Garaux, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2010.  On August 27, 2010, the Court issued orders dismissing Plaintiff's complaint with leave to amend and denying Plaintiff's motion for a preliminary injunction.  On September 9, 2010, Plaintiff filed separate motions seeking reconsideration of each order.  The motions were not signed and cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131; Doc. 2, 1st Info. Order, ¶2.

Accordingly, Plaintiff's motions for reconsideration are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    September 13, 2010**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE