# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00146-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(Doc. 25) |

　　　　Plaintiff Randolph E. Garaux ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2010, Plaintiff attempted to submit a second amended complaint without first leave from the Court. On March 24, 2011, Plaintiff filed a motion seeking leave to file an amended complaint.

　　　　Plaintiff's motion is governed by Rule 15(a) of the Federal Rules of Civil Procedure, which provides that Plaintiff may amend with leave of the court, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" *AmerisourceBergen Corp. v. Dialysis West, Inc.*, 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." *Id.*

　　　　Since Plaintiff did not seek leave before submitting the second amended complaint, the Court will construe Plaintiff's motion as a motion for leave to file a second amended complaint. Plaintiff has demonstrated good cause for amending the complaint. Therefore, Plaintiff's motion

for leave to file an second amended complaint is GRANTED.

IT IS SO ORDERED.

Dated:   April 6, 2011

                                          UNITED STATES MAGISTRATE JUDGE