1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RANDOLPH E. GARAUX,                           CASE NO. 1:10-cv-00146-GBC (PC)

10              Plaintiff,                        ORDER GRANTING PLAINTIFF'S
                                                  MOTION FOR LEAVE TO FILE THIRD
11      v.                                        AMENDED COMPLAINT

12  CATE, et al.,
                                                  (Doc. 28)
13              Defendants.
                                        /
14

15          Plaintiff Randolph E. Garaux ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 24, 2011, Plaintiff filed

17  a motion seeking leave to file a third amended complaint.  (Doc. 28)

18          Plaintiff's motion is governed by Rule 15(a) of the Federal Rules of Civil Procedure, which

19  provides that Plaintiff may amend with leave of the court, and leave shall be freely given when

20  justice so requires.  Fed. R. Civ. P. 15(a).  "Rule 15(a) is very liberal and leave to amend 'shall be

21  freely given when justice so requires.'"  *AmerisourceBergen Corp. v. Dialysis West, Inc.*, 445 F.3d

22  1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).  However, courts "need not grant leave

23  to amend where the amendment:  (1) prejudices the opposing party; (2) is sought in bad faith; (3)

24  produces an undue delay in the litigation; or (4) is futile."  *Id.*

25  ///

26  ///

27  ///

28  ///

1

Plaintiff has demonstrated good cause for amending the complaint.  Therefore, Plaintiff's motion for leave to file a third amended complaint is GRANTED.


IT IS SO ORDERED.

Dated:    October 13, 2011

UNITED STATES MAGISTRATE JUDGE