UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX,<br><br>        Plaintiff,<br><br>    v.<br><br>CATE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00146-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFENDANTS' DOMICILE ADDRESS<br><br>(Doc. 30) |

    Plaintiff Randolph E. Garaux ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2011, Plaintiff filed a motion seeking the Court to order unserved defendants in this action to provide their domicile addresses. (Doc. 30)

    The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Since the Court has not screened Plaintiff's complaint and named defendants have not been served and are unable to file an opposition to Plaintiff's motion, the Court DENIES Plaintiff's motion as premature.

IT IS SO ORDERED.

Dated:   October 14, 2011

                                                  UNITED STATES MAGISTRATE JUDGE