# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW L. CATE, et al.,<br><br>    Defendants.<br> | CASE NO. 1:10-cv-00146-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TO SEAL DOCUMENT AND MOTION FOR SUBPOENA DUCES TECUM<br><br>(ECF Nos. 58, 59) |

Plaintiff Randolph E. Garaux is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's second amended complaint was screened and found to state a cognizable claim against Defendant Castillo on July 18, 2012. (ECF No. 51. On August 3, 2012, Plaintiff filed a motion for a subpoena duces tecum and a motion to seal documents. (ECF Nos. 58, 59.) On August 20, 2012, an order issued directing the United States Marshal to serve the amended complaint in this action. (ECF No. 63.)

Plaintiff's motion for a subpoena duces tecum is requesting the addresses of non-parties to this action. The motion to seal is moving for any documents produced in response to the subpoena duces tecum be filed under seal. As Plaintiff was notified via the first informational order, an order opening discovery is issued once an answer is filed. (First Informational Order ¶ 8, ECF No. 6.) No discovery may be conducted, without permission from the Court, until an answer is filed and the Court issues an order opening discovery. Once Defendants have filed an answer a discovery and scheduling order will be issued opening discovery in this action. At this time, no defendant has been served and an order opening discovery has not issued in this action. Accordingly,

1 | Plaintiff's motion for a subpoena duces tecum and motion to seal documents are HEREBY
2 | DENIED.
3 |
4 | IT IS SO ORDERED.
5 |    Dated:   **February 21, 2013**
6 |                                         UNITED STATES MAGISTRATE JUDGE