# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH E. GARAUX, | 1:10-cv-00146-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| MATTHEW L. CATE, et. al., | |
| Defendants. | (ECF No. 72) |

Randolph E. Garaux ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on January 29, 2010. (ECF No. 1.) A first amended complaint was filed on September 30, 2010. (ECF No. 23.) On April 7, 2011, Plaintiff filed a second amended complaint. (ECF No. 27.) On July 18, 2012, the Court screened the complaint and found a cognizable claim for retaliation against Defendant Castillo. (ECF No. 51.) On August 20, 2012, the Court issued an order directing service. (ECF No. 63.) On February 25, 2013, Plaintiff filed a notice of voluntary dismissal. (ECF No. 72.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'"

1

1 | Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)
2 | (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under
3 | Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no
4 | action had been brought, the defendant can't complain, and the district court lacks jurisdiction to
5 | do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive
6 | pleading.
7 |      Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
8 | case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).
9 | IT IS SO ORDERED.
10 |    Dated:   **February 26, 2013**               _____
11 |                                               UNITED STATES MAGISTRATE JUDGE